UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 6:06-cr-125-Orl-19DAB

CLARENCE ALEXANDER,

    Defendant.

## ORDER

Defendant filed a Motion to Reduce Sentence Based on Guideline Amendment Twelve (Doc. No. 1621). Defendant seeks a reduction of his sentence pursuant to 28 U.S.C. § 3582(c)(2), USSG § 1B1.10, and USSG § 4A1.2(c). *Id.* at 1. In support of the motion, Defendant asserts that USSG § 1B1.10 requires retroactive application of an amendment to USSG § 4A1.2(c) that became effective in November of 2007. *Id.* at 2. Although Defendant references Amendment 12 in the title of his motion, the amendment on which he relies is Amendment 709. *See* USSG § 4A1.2(c) (2007), historical note; *see also* USSG App. C, Amendment 709 (2007).

    Section 1B1.10, provides in pertinent part:

> Amendments covered by this policy statement are listed in Appendix C as follows: 126, 130, 156, 176, 269, 329, 341, 371, 379, 380, 433, 454, 461, 484, 488, 490, 499, 505, 506, 516, 591, 599, 606, 657, 702, and 706 as amended by 711.

USSG § 1B1.10(c) (Supp. 2008). Thus, contrary to Defendant's contention, USSG § 1B1.10

does not warrant retroactive application of Amendment 709. Furthermore, to the extent Defendant is seeking a reduction of his sentence based on the amendment to the Federal Sentencing Guidelines for offenses involving cocaine base ("crack cocaine"), no basis exists to grant relief. Petitioner was not convicted of or sentenced for an offense involving crack cocaine, but instead for an offense involving cocaine hydrochloride. *See* Doc. No. 1235.

Accordingly, it is now **ORDERED AND ADJUDGED** that Defendant's Motion to Reduce Sentence Based on Guideline Amendment Twelve (Doc. No. 1621) is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida this _22nd____ day of April, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 4/22
Clarence Alexander
Counsel of Record